

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-13-00106-CV

Barry **BROOKS**, Heston C. King, Stefen Douglas Brooks, Johanna Barton, and Jesse Rodriguez
Benavides,
Appellants

v.

**EXCELLENCE MORTGAGE, LTD.**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01173
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant's Unopposed Motion for Extension of Time to File Motion for Rehearing is
GRANTED. Any motion for rehearing is due to be filed in this court no later than July 14, 2014.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 18th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court